**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:26-cr-00068 |
|  | ) |  |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
|  | ) |  |
| vs. | ) |  |
|  | ) | ORDER ADOPTING REPORT & |
| BRANDON SIMPSON, | ) | RECOMMENDATION,  JUDGMENT |
|  | ) | AND REFERRAL TO U.S. |
| Defendant. | ) | PROBATION OFFICE |
|  | ) |  |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Jennifer Dowdell Armstrong regarding the change of plea hearing of Brandon Simpson that was referred to the Magistrate Judge with the consent of the parties.

On February 10, 2026, the Government filed a one count Information, charging Defendant Brandon Simpson in Count 1, with Felon in Possession of Firearm, in violation of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(8).  Defendant Brandon Simpson was arraigned on March 25, 2026, and Magistrate Judge Jennifer Dowdell Armstrong received Defendant Brandon Simpson's plea of guilty to Count 1 of the Information, with plea agreement, and issued the R&R on March 25, 2026, concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Brandon Simpson is found to be competent to enter a plea and to understand his constitutional rights.  He is aware of the charges and of the consequences of entering a plea.  There is an

adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The Court will determine at the Sentencing Hearing whether to accept the proposed plea agreement and the parties' agreed-to sentence of imprisonment.

Therefore, Defendant Brandon Simpson is adjudged guilty of Count 1 of the Information with Felon in Possession of Firearm, in violation of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(8). This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report.  Sentencing will take place, as scheduled on the docket, in Courtroom 18A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

_s/ David A. Ruiz_     7/22/2026
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE